AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSE GUADALUPE LOPEZ JUAREZ
333 Washington Boulevard
Glen Burnie, MD 21061

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Deputy Director of the U.S. Citizenship and Immigration Services, and ROBERT M. COWAN, Director of the USCIS National Benefits Center

**SUMMONS IN A CIVIL CASE**

C

Case: 1:08-cv-00838
Assigned To : Kennedy, Henry H.
Assign. Date : 5/14/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

MAY 14 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 22, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: ______

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

G Returned unexecuted: ______

G Other (specify): Federal Express Delivery

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/23/08
Date

*Signature of Server*

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, May 22, 2008 9:43 AM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639413146 Delivered

This tracking update has been requested by:

Company Name: LAW OFFICES OF SHEELA MURTHY
Name: DEBBIE MEEKINS
E-mail: DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference: 08-0592S
Ship (P/U) date: May 21, 2008
Delivery date: May 22, 2008 9:24 AM
Sign for by: M.PARRIS
Delivered to: Shipping/Receiving
Service type: FedEx Standard Overnight
Packaging type: FedEx Envelope
Number of pieces: 1
Weight: 0.50 lb.
Special handling/Services: Residential Delivery
Deliver Weekday

Tracking number: 952639413146

Shipper Information
DEBBIE MEEKINS
LAW OFFICES OF SHEELA MURTHY
10451 MILL RUN CIRCLE;SUITE 100
OWINGS MILLS
MD
US
21117

Recipient Information
MICHAEL B MUKASEY
ATTORNEY GENERAL OF THE US
US DEPARTMENT OF JUSTICE;950
PENNSYLVANIA, N.W.
WASHINGTON
DC
US
20530

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:43 AM CDT on 05/22/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.