AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOSE GUADALUPE LOPEZ JUAREZ
333 Washington Boulevard
Glen Burnie, MD 21061

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Deputy Director of the U.S. Citizenship and Immigration Services, and ROBERT M. COWAN, Director of the USCIS National Benefits Center

Case: 1:08-cv-00838
Assigned To : Kennedy, Henry H.
Assign. Date : 5/14/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT M. COWAN, Director
National Benefits Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
427 S. LaSalle – 3rd Floor,
Chicago, IL 60605,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 14 2008

CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 22, 2008 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    G  Other (specify):   Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/23/08
               Date                             Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, May 23, 2008 5:55 AM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639413205 Delivered

```
This tracking update has been requested by:

Company Name:              LAW OFFICES OF SHEELA MURTHY
Name:                      DEBBIE MEEKINS
E-mail:                    DEBBIE@MURTHY.COM


Our records indicate that the following shipment has been delivered:

Reference:                 08-0592S
Ship (P/U) date:           May 21, 2008
Delivery date:             May 22, 2008 10:44 AM
Sign for by:               J.CHYBA
Delivered to:              Mailroom
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           952639413205


Shipper Information                 Recipient Information
DEBBIE MEEKINS                      ROBERT M. COWAN, DIRECTOR
LAW OFFICES OF SHEELA MURTHY        NATIONAL BENEFITS CENTER
10451 MILL RUN CIRCLE;SUITE 100     US DHS USCIS;427 S. LASALLE,
OWINGS MILLS                        3RD FLOOR
MD                                  CHICAGO
US                                  IL
21117                               US
                                    60605


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:51 AM CDT
on 05/22/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
```

5/23/2008