UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ JUAREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney General, ) <br> U.S. Department of Justice, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0838 (HHK) |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint from July 21, 2008, to August 21, 2008 -- a one month extension of time. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate Plaintiff's I-485 immigration application for an adjustment of status. The U.S. Attorney's Office was served with the Complaint on May 22, 2008. Promptly after the U.S. Attorney's Office was served, defense counsel contacted the United States Citizenship and Immigration Services ("USCIS") regarding Plaintiff's application. A short time ago, USCIS informed defense counsel that Plaintiff's I-485 application was approved, which defense counsel conveyed to Plaintiff's counsel. Upon receipt of such information, Plaintiff's counsel informed defense counsel that Plaintiff would voluntarily dismiss this action once Plaintiff receives his green card, an event which stems directly from approval of his I-485 application.

- 2 -

Accordingly, the parties seek an extension of time for Defendants to respond to the Complaint, as it appears that this action will soon be voluntarily dismissed by Plaintiff, thereby eliminating the need for any response to the Complaint or further litigation in this action. This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties a reasonable amount of additional time to informally resolve this dispute serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, August 21, 2008. A proposed order is attached.

Dated: July 17, 2008
         Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ARON A. FINKELSTEIN, D.C. BAR #25560 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Murthy Law Firm | United States Attorney |
| 10451 Mill Run Circle, Suite 100 | |
| Owings Mills, MD 21117 | |
| (410) 356-5440 | |
| | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ JUAREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney General, ) <br> U.S. Department of Justice, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0838 (HHK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' first joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, August 21, 2008, to respond to the Complaint in this action.

_____          _____
Date                                                    HENRY H. KENNEDY
                                                              United States District Judge


Copies to Counsel of Record by CM/ECF.