UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUADALUPE LOPEZ JUAREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, Attorney General, )<br>U.S. Department of Justice, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0838 (HHK) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: July 21, 2008
         Washington, DC

Respectfully submitted,

_____/s/_____          _____
ARON A. FINKELSTEIN, D.C. BAR #25560     JEFFREY A. TAYLOR, D.C. BAR #498610
Murthy Law Firm                          United States Attorney
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

                                         _____
                                         RUDOLPH CONTRERAS, D.C. BAR #434122
*Attorney for Plaintiff*                 Assistant United States Attorney

- 2 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*